IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARZELL WOODBERRY                                                                    PLAINTIFF

vs.                                        Civil No. 4:10-cv-4077

WARDEN TURNER, et al.                                                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed September 7, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 3.  Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of October, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge